**U.S. District Court**

**District of Vermont**

## Notice of Electronic Filing

The following transaction was entered on 6/22/2020 at 1:10 PM EDT and filed on 6/22/2020
**Case Name:**          Barnes et al v. 309 Rte 100 Dover LLC et al
**Case Number:**        2:20-cv-00058-cr
**Filer:**
**Document Number:** 12(No document attached)

**Docket Text:**
**ORDER GRANTING [6] Motion to Consolidate Appeals. Signed by Judge Christina Reiss on 6/22/2020. (This is a text-only Order.) (ejh)**


**2:20-cv-00058-cr Notice has been electronically mailed to:**

James B. Anderson, Esq     jba@rsclaw.com, tlf@rsclaw.com

Robert S. DiPalma, Esq     rdipalma@pfclaw.com, jhalliday@pfclaw.com

Tavian M. Mayer, Esq     tavian@mayerlaw.com, lisa@mayerlaw.com

William H. Meub     meub@yourvtlawyer.com, betsy@yourvtlawyer.com, tanya@yourvtlawyer.com

Raymond J. Obuchowski, Esq     ray@oeblaw.com, mane@yahoo.com

Andre D. Bouffard, Esq     abouffard@drm.com, mbottino@drm.com

John J. Kennelly, Esq     kennelly@vermontcounsel.com, clv@vermontcounsel.com

Elizabeth A. Glynn, Esq     eag@rsclaw.com, ccs@rsclaw.com

W. E. Whittington     ned@whittington-law.com

Shannon A. Bertrand, Esq     bertrand@fgmvt.com, hcooper@fgmvt.com, lclifford@fgmvt.com, pneisner@fgmvt.com

Thomas P. Simon, Esq     tps@mc-fitz.com, ggt@mc-fitz.com, llf@mc-fitz.com

David N. Dunn, Esq     ddunn@pdsclaw.com, mgundry@pdsclaw.com

Edward G. Adrian, Esq     eadrian@msdvt.com, mcain@msdvt.com

Michelle M. Kainen, Esq     MKainen@kainenlaw.com, hollya@sover.net, kainenecfmail@gmail.com

Stephen L. Cusick, Esq     scusick@zclpc.com, alonge@zclpc.com, mbisson@zclpc.com

Erin Miller Heins, Esq     eheins@langrock.com, slehouiller@langrock.com

David M. Pocius, Esq     dpocius@pfclaw.com, bcouture@pfclaw.com, jgeary@pfclaw.com

Heather Z. Cooper, Esq     hcooper@fgmvt.com, lclifford@fgmvt.com

Hobart F. Popick     hpopick@langrock.com

Donald F. Hayes, Esq     don@hayeslawvt.com

Merrill E. Bent, Esq     merrill@greenmtlaw.com, lindsay@greenmtlaw.com

Oliver A. Abbott, Esq     oaabbott@boxerblake.com, slbishop@boxerblake.com

Heather E. Ross, Esq     hross@sheeheyvt.com, bsides@sheeheyvt.com, dsims@sheeheyvt.com, emurphy@sheeheyvt.com, sreyome@sheeheyvt.com

Lisa M Penpraze     lisa.penpraze@usdoj.gov, amy.e.hutzel@usdoj.gov

Elizabeth M. Hannon, Esq     elizabeth.hannon@vermont.gov, tara.rogerson@vermont.gov

Amy J. Ginsberg, Esq     amy.j.ginsberg@usdoj.gov

Adam Mordecai, Esq     amordecai@primmer.com, drheault@primmer.com

Andrew J. Snow, Esq     snow@yourvtlawyer.com, betsy@yourvtlawyer.com

Peter J. Haley, Esq     peter.haley@nelsonmullins.com, marie.moss@nelsonmullins.com

**2:20-cv-00058-cr Notice has been delivered by other means to:**

Plimpton Excavating LLC
P.O. Box 65
Wardsboro, VT 05355-0065

Williams Scotsman Inc.
Bankruptcy
901 South Bond Street, Suite 600
Baltimore, MD 21231

Andrew C. Helman , Esq
Murray, Plumb & Murray
5 Pearl Street
P.O. Box 9785
Portland, ME 04104-5085

Bettina Bosma
P.O. Box 1848
Edwards, CO 81632-1848

Bobbi Resek
73 North Street
P.O. Box 74
East Dover, VT 05341-0074

Brian M. Clarke , Esq
Hunton Andrews Kurt, LLP
200 Park Avenue
New York, NY 10166

Bruce Theuerkauf
9512 N. 129th Place
Scottsdale, AZ 85259

C. Donald Neville , Esq
Kroll, McNamara, Evans & Delehanty, LLP
65 Memorial Road, Suite 300
West Hartford, CT 06107

Chad Bullock
48 Ruth Way
P.O. Box 30
Wilmington, VT 05363-0030

Craig I. Fifland , Esq
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Dan Solaz
25 Saw Mill Village Way
P.O. Box 986
West Dover, VT 05356-0986

David S. Anderson , Esq

Bernstein, Shur, Sawyer & Nelson, P.A.
100 Middle Street
P.O. Box 9729
Portland, ME 04104-9729

Douglas S. Skalka , Esq
Neubert, Pepe & Monteith, P.C.
195 Church Street
New Haven, CT 06510

Douglas S. Zucker , Esq
Weiner Law Group
629 Parsippany Road
Parsnippany, NJ 07054

Elliot Cooperstone
59 Egypt Close
East Hampton, NY 11937

Erin J. Kennedy , Esq
Kroll, McNamara, Evans & Delehanty, LLP
65 Memorial Road, Suite 300
West Hartford, CT 06107

Gary M. Weiner , Esq
Weiner Law Firm, P.C.
1441 Main Street, Suite 610
Springfield, MA 01101-2439

Jacob A. Manheimer
Pierce Atwood LLP
1 Monument Square
Portland, ME 04101

John Durkee
P.O. Box 81
Tunbridge, VT 05077-0081

Kevin J. McEleney , Esq
Updike Kelly & Spellacy PC
100 Pearl Street
P.O. Box 231277
Hartford, CT 06107

Leslie A. Berkoff , Esq
Moritt Hock & Hamroff LLP

400 Garden City Plaza
Garden City, NY 11530

Michael Fisher
Fisher Law Offices, PLLC
35 South Main Street
Hanover, NH 03755

Nicole Bodoh
Devine, Millimet & Branch
111 Amherst Street
Manchester, NH 03101

Patrick M. Birney , Esq
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103

Rob Krzanowski
3 Lakeshore Drive
Mount Arlington, NJ 07856

Robert L. Rattet , Esq
Rattet PLLC
202 Mamaroneck Avenue
White Plains, NY 10601

Scott A. McQuilkin , Esq
Saul Ewing LLP
131 Dartmouth Street
Boston, MA 02116

Thomas Doyle
541 East 72nd Street, #5B
New York, NY 10021

William S. Fish , Esq
Hinckley Allen
20 Church Street
Hartford, CT 06103